# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: CR 24-220 (1) DWF/DLM |
| | ) | Date: November 4, 2025 |
| v. | ) | Court Reporter: Caitlin Nat |
| | ) | Courthouse: St. Paul |
| Jesse France Brown, | ) | Courtroom: 7C |
| | ) | Time Commenced: 11:07 a.m. |
| Defendant. | ) | Time Concluded: 12:05 p.m. |
| | ) | Time in Court: 58 Minutes |
| | ) | |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   David M Classen, Assistant United States Attorney
   For Defendant:   Matthew Deates, x FD

   x **Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 66 months | | 3 years | | |

**Said terms to run  x to run currently concurrent beginning November 4, 2025, with Hennepin County, State of Minnesota cases.**

   x Special conditions of:   **See J&C for special conditions**
   x Defendant sentenced to pay:
     x Special assessment in the amount of $100.00.
   x Plea and plea agreement accepted.
   x Defendant remanded to the custody of the U.S. Marshal.

_____s/L. Sampson_____
Courtroom Deputy
